# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**PARNELL J. MCCURTIS**,

      Plaintiff,

    **v.**                      **Case No. 26-CV-619**

**MILWAUKEE COUNTY COMMMUNITY
REINTEGRATION CENTER, *et al.*,**

      Defendants.

## REPORT AND RECOMMENDATION

Plaintiff Parnell J. McCurtis, who was incarcerated and representing himself, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1.) He did not pay the filing fee or move to proceed without prepayment of the filing fee. Nor did he file a form indicating whether he would consent to magistrate judge jurisdiction.

On April 14, 2026, the clerk of court's office sent McCurtis a letter requesting he either pay the filing fee or move to proceed without prepayment of the filing fee and file a consent/refusal form for magistrate judge jurisdiction by May 5, 2026. (ECF No. 2.) On May 6, 2026, because McCurtis had not responded, the clerk of court's office sent another letter requesting he either pay the filing fee or move to proceed without prepayment of the filing fee and file a consent/refusal form for magistrate judge jurisdiction by May 27, 2026. (ECF No. 3.) On May 15, 2026, the second letter was returned as undeliverable because McCurtis was released from custody and did

not leave a forwarding address. (ECF No. 4.) Nor did he update his address with the court.

The May 27, 2026, deadline has passed, and the court has not heard from McCurtis. Because McCurtis has not consented to magistrate judge jurisdiction, the court will recommend this case be dismissed for failing to pay the filing fee.

**NOW, THEREFORE, IT IS RECOMMENDED** that McCurtis's complaint (ECF No. 1) be **DISMISSED**

Your attention is directed to 28 U.S.C. § 636(b)(1)(B) and (C), Fed. R. Civ. P. 72(b)(2), and E.D. Wis. Gen. L. R. 72(c), whereby written objections to any recommendation herein, or part thereof, may be filed within fourteen days of entry of this recommendation. Failure to file a timely objection with the district judge shall result in a waiver of your right to appeal.

Dated in Milwaukee, Wisconsin this 24th day of June, 2026.

BY THE COURT

WILLIAM E. DUFFIN
United States Magistrate Judge

2